OPINION — AG — ** COUNTY COMMISSIONERS — ROADS — HIGHWAYS — MUNICIPALITIES ** (1) COUNTY COMMISSIONERS MAY NOT MAINTAIN THE ROADS AND STREETS WITHIN THE CORPORATE LIMITS OF A CITY OR TOWN (MUNICIPALITIY) EXCEPT TO THE EXTENT THAT SUCH ROADS OR STREETS CONSTITUTE A CONTINUATION OF THE COUNTY HIGHWAY SYSTEM, AND THEN ONLY IN ACCORDANCE WITH THE RELEVANT STATUTORY PROVISIONS. THIS RULE DOES NOT APPLY TO MUNICIPALITIES WITH A POPULATION OF LESS THAN 2,500. (2) THE COUNTY COMMISSIONERS CANNOT LAWFULLY USE THE FUNDS APPROPRIATED TO THE COUNTIES BY THE FOREGOING STATUTES TO CONSTRUCT OR MAINTAIN STREETS OF A MUNICIPALITY. THE COUNTY COMMISSIONERS MAY, HOWEVER, BY AGREEMENT WITH THE GOVERNING BODY OF THE MUNICIPALITY OF LESS THAN 2,500 PERFORM SUCH SERVICES IF THE MUNICIPALITY APPROPRIATES ITS OWN FUNDS FOR THE PURPOSE. (3) THE COUNTY COMMISSIONERS MAY USE FUNDS ALLOCATED UNDER THE SPECIAL FUEL USE TAX TO SURFACE AND RE SURFACE ROADS DESIGNATED AS SCHOOL BUS ROUTES AND/OR MAIL ROUTES WHICH LIE WITHIN THE LIMITS OF AN INCORPORATED TOWN OR CITY LESS THAN 5,000. (4) AN INCORPORATED CITY OR TOWN MAY NOT EXCLUDE ROADS AND HIGHWAYS FROM TERRITORY ANNEXED BY THE CITY OR TOWN, AND THAT SUCH EXCLUSIONS ARE INVALID. CITE: 11 O.S. 72 [11-72], 11 O.S. 73 [11-73], 11 O.S. 111 [11-111], 69 O.S. 44 [69-44] [69-44], 69 O.S. 49 [69-49], 69 O.S. 84 [69-84] (THE COUNTY COMMISSIONERS MAY, IN THEIR DISCRETION, HARD SURFACE ANY ROAD OR STREET WITHIN THE CITY OR TOWN LIMITS THAT IS A CONTINUATION OF THE COUNTY HIGHWAY SYSTEM. THE COUNTY COMMISSIONERS MAY, UNDER THE DIRECTIONS OF THE STATE HIGHWAY COMMISSION, GRADE, DRAIN, OR HARD SURFACE ANY STREET WITHIN THE CITY OR TOWN), 69 O.S. 50 [69-50], OPINION NO. SEPTEMBER 19, 1961 — ?, 11 O.S. 117.2 [11-117.2], 68 O.S. 659 [68-659] [68-659](A), 68 O.S. 733 [68-733], 68 O.S. 669.1 [68-669.1] [68-669.1], 68 O.S. 734 [68-734], 68 O.S. 660 [68-660] [68-660], 68 O.S. 727.3 [68-727.3], 68 O.S. 727.5 [68-727.5] [68-727.5], 68 O.S. 821 [68-821], 68 O.S. 849 [68-849] [68-849], 68 O.S. 827 [68-827], 47 O.S. 22.5 [47-22.5] [47-22.5], 47 O.S. 22.5 [47-22.5](C), 47 O.S. 22.7 [47-22.7] [47-22.7], 47 O.S. 22.28 [47-22.28], 47 O.S. 40.2 [47-40.2] [47-40.2], 68 O.S. 727.6 [68-727.6] (RURAL ROADS) 11 O.S. 72 [11-72], ** NOTE ** SEE: BANNISTER V. FARMERS ALLIANCE MUTUAL INSURANCE COMPANY CASE. . . 630 P.2d 1279 (1981) ** 69 O.S. 603 [69-603], 69 O.S. 601 [69-601], 69 O.S. 1903 [69-1903], 69 O.S. 654 [69-654] (BRUCK BAILEY) SEE OPINION NO. 89-042 (1989) ** SEE OPINION NO. 92-599 (1992) ** SEE OPINION NO. 87-537 (1987) ** ** SEE: OPINION NO. 71-294 (1971) **